**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 9, 2019

Hon. Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, NY  10601

      Re:  <u>United States v. Mordechay Malka, et al</u>.
           19 Cr. 497 (NSR)

Dear Judge Román:

    At the last status conference, on July 12, 2019, the Court excluded the speedy trial time through September 18, 2019, the date of the next status conference.  On July 30, 2019, an additional defendant, Mordechay Malka, was arraigned before the Honorable Judith C. McCarthy.  Judge McCarthy ordered that the speedy trial time as to Mordechay Malka be excluded until August 13, 2019 and that any further exclusion of time must be made by the District Judge.  Accordingly, in order to place Mr. Malka on the same schedule as the other defendants, the Government respectfully moves to exclude the time between August 13, 2019 and September 18, 2019 pursuant to 18 U.S.C. § 3161(h)(7)(A).

    The Government submits that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Exclusion of the additional time will permit the defendant to review discovery and to consider what motions, if any, he intends to bring.

    Counsel for the defendant Mordechay Malka consents to this request.

    Please find attached a proposed Order.  Thank you for your consideration of this motion.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

                                  /s
                       by:_____
                                Jim Ligtenberg
                                Assistant United States Attorney
                                (914) 993-1953

cc:  Susan Wolfe, Esq. (by ECF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - -X
                                    :
**UNITED STATES OF AMERICA**         :
                                    :
   - v -                          :
                                    :   **19 Cr. 497 (NSR)**
**MORDECHAY MALKA,**                 :
                                    :
             **Defendant.**      :
                                    :
- - - - - - - - - - - - - - - - - -X

       The United States of America having moved pursuant to 18 U.S.C. § 3161(h)(7)(A) for exclusion of time between August 13, 2019 and September 18, 2019; and defendant Mordechay Malka having no objection to entry of this Order;

       THE COURT FINDS THAT the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant to review discovery and to consider what motions, if any, he intends to bring; and, accordingly,

THE COURT ORDERS THAT the time between August 13, 2019 and September 18, 2019 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:    White Plains, New York
            August \_\_\_, 2019

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE