USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
 :
UNITED STATES OF AMERICA :
 :
 - v - :
 : 19 Cr. 497 (NSR)
MORDECHAY MALKA, :
 :
 Defendant. :
 :
- - - - - - - - - - - - - - - - - - -X

The United States of America having moved pursuant to 18 U.S.C. § 3161(h)(7)(A) for exclusion of time between August 13, 2019 and September 18, 2019; and defendant Mordechay Malka having no objection to entry of this Order;

THE COURT FINDS THAT the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant to review discovery and to consider what motions, if any, he intends to bring; and, accordingly,

THE COURT ORDERS THAT the time between August 13, 2019 and September 18, 2019 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:   White Plains, New York
         August 21, 2019

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE