*MEMO ENDORSED*

LAW OFFICES OF
# SUSAN C. WOLFE
1700 BROADWAY, 41ST FLOOR
NEW YORK, NEW YORK 10019

TEL  (917) 209-0441
EMAIL  scwolfe@scwolfelaw.com

Susan C. Wolfe, Esq.

Diane Fischer, Esq.
*Of Counsel*

February 26, 2020

By ECF

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Helbrans et al.*, 19-cr-497-NSR -09

Dear Judge Román:

I am CJA counsel for defendant Mordechay Malka. I am writing to request the Court's approval of an expense that is necessary for the preparation of Mr. Malka's defense. The government's discovery production included dozens of brief audio recordings of exchanges between the defendants. All of these recordings are in Yiddish and have not been translated by the government.

A Yiddish interpreter has been translating discovery documents from Yiddish to English at the approved case budget rate of $58/hour. However, because the transcription of audio recordings is a considerably more difficult task, the interpreter charges a higher rate of $70/hour for these files. I anticipate that the audio transcription will require approximately 10 to 12 hours of the interpreter's time.

Thank you for your consideration.

Respectfully submitted,

s/

Diane Fischer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/2020

Application granted for a Yiddish interpreter to charge $70/hour to translate audio recordings for up to 10 hours without prejudice to seek additional hours, if necessary. SO ORDERED: Clerk requested to terminate motion (doc. 70)

Dated: Feb. 27, 2020
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE