UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2020

UNITED STATES OF AMERICA,

    -against-

NACHMAN HELBRANS, MAYER ROSNER,
ARON ROSNER, JACOB ROSNER, MATITYAU
MOSHE MALKA, and MORDECHAY MALKA,

          Defendants.

No. 19 Cr. 497-01 (NSR)
No. 19 Cr. 497-02 (NSR)
No. 19 Cr. 497-03 (NSR)
No. 19 Cr. 497-04 (NSR)
No. 19 Cr. 497-05 (NSR)
No. 19 Cr. 497-09 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

By memorandum endorsement dated March 18, 2020, the Court extended the motion briefing schedule for Defendants Helbrans (01), Mayer Rosner (02), Aron Rosner (03), Jacob Rosner (04), Matityau Moshe Malka (05) and Mordechay Malka (09). (*See* ECF No. 75.) In light of the COVID-19 Pandemic, the Court further extends the briefing schedule as follows:

Defense motions are due on: May 20, 2020

Government's responses are due on: July 6, 2020

Defense replies are due on: July 21, 2020.

There will be no further extensions to the briefing schedule.

Furthermore, in light of the COVID-19 Pandemic, the limited resources of courts within this District, and the need to obtain a Yiddish interpreter, the hearing currently scheduled for Defendant Matityau Moshe Malka (05) in accordance with *Faretta v. California*, 422 U.S. 806 (1975) is hereby adjourned from April 28, 2020 at 10:30 a.m. to **May 27, 2020 at 10:00 a.m.**

Defendant Mayer Rosner's (02) application for a *Faretta* hearing is GRANTED. The *Faretta* hearing is hereby scheduled for **May 27, 2020 at 12:00 p.m.**

1

Defendant Mordechay Malka's (09) application for a *Faretta* hearing is GRANTED. The *Faretta* hearing is hereby scheduled for **June 3, 2020 at 10:00 a.m.**

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 80 and 81.

Dated: April 3, 2020
      White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge