UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2020

UNITED STATES OF AMERICA,

-against-

NACHMAN HELBRANS, MAYER ROSNER,
ARON ROSNER, JACOB ROSNER, MATITYAU
MOSHE MALKA, and MORDECHAY MALKA,

Defendants.

No. 19 Cr. 497-01 (NSR)
No. 19 Cr. 497-02 (NSR)
No. 19 Cr. 497-03 (NSR)
No. 19 Cr. 497-04 (NSR)
No. 19 Cr. 497-05 (NSR)
No. 19 Cr. 497-09 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

By Order dated April 3, 2020, the Court extended the motion briefing schedule for Defendants Helbrans (01), Mayer Rosner (02), Aron Rosner (03), Jacob Rosner (04), Matityau Moshe Malka (05) and Mordechay Malka (09). (*See* ECF No. 82.) In light of the COVID-19 Pandemic, and pursuant to counsel's letter motion request, dated May 13, 2020 (ECF No. 86), the Court grants counsel's request and further extends the briefing schedule for all defendants as follows:

Defense motions are due on: July 20, 2020

Government's responses are due on: September 8, 2020

Defense replies are due on: September 30, 2020.

There will be no further extensions to the briefing schedule.

Furthermore, in light of the COVID-19 Pandemic, the limited resources of courts within this District, and the need to obtain a Yiddish interpreter, the hearing currently scheduled for Defendant Matityau Moshe Malka (05) in accordance with *Faretta v. California*, 422 U.S. 806 (1975) is hereby adjourned from May 27, 2020 at 10:00 am to **July 29, 2020 at 10:00 am.**

1

In light of the COVID-19 Pandemic, the limited resources of courts within this District, and the need to obtain a Yiddish interpreter, the hearing currently scheduled for Defendant Mayer Rosner (02) in accordance with *Faretta v. California*, 422 U.S. 806 (1975) is hereby adjourned from May 27, 2020 at 12:00 pm to **July 29, 2020 at 12:00 pm.**

In light of the COVID-19 Pandemic and the limited resources of courts within this District, the hearing currently scheduled for Defendant Mordechay Malka (09) in accordance with *Faretta v. California*, 422 U.S. 806 (1975) is hereby adjourned from June 3, 2020 at 10:00 am to **August 5, 2020 at 10:00 am.**

The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 86.

Dated: May 18, 2020
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge