**MEMO ENDORSED**

LAW OFFICES OF
# SUSAN C. WOLFE
1700 BROADWAY, 41ST FLOOR
NEW YORK, NEW YORK 10019

TEL   (917) 209-0441
EMAIL   scwolfe@scwolfelaw.com

Susan C. Wolfe, Esq.

Diane Fischer, Esq.
*Of Counsel*

December 2, 2020

Deft's request is granted. The Clerk of Court is directed to file under seal ECF No. 125, Attachment 4. Clerk of Court requested to terminate the motion (doc. 128).
Dated: Dec. 2, 2020
SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

VIA ECF

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Nachman Helbrans*, et al., 19-cr-497-NSR

Dear Judge Román:

I am the attorney for Mordechay Malka. On November 20, 2020 I filed pretrial motions on behalf of Mr. Malka. One of the exhibits was not properly redacted and contains sensitive information. I notified the Clerk's office and the document has been temporarily sealed, but a Court Order is required in order for it to remain under seal.

The filing is ECF #125, Attachment 4 ("Exhibit Defense Discovery Letter"). Only the attachment needs to be sealed.

I respectfully request that the Court enter an order directing that the document be maintained under seal.

Thank you for your assistance.

Respectfully submitted,

s/

Susan C. Wolfe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020