UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MORDECHAY MALKA,

Defendant.

19 CR 497-09 (NSR)

SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

The in-person Faretta Hearing for the above Defendant is scheduled for

March 1, 2021 at 11:00 am in Courtroom 218.

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic

affecting New York, and given the directives provided by the Chief Judge of the

United States District Court for the Southern District of New York to limit in-person

court appearances due to the risk presented by COVID-19, the Public may dial in

to observe the proceeding, however, each individual must mute his/her/their

phone during the proceeding.  To access the teleconference, please follow these

directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access**

**Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

SO ORDERED.

Dated:    February 25, 2021
          White Plains, New York

NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____2/ 25/2021____