

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 19, 2021

**BY ECF**

The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re:   *United States v. Helbrans et al.*, 19 Cr. 497 (NSR)

Dear Judge Román:

     The Government writes to alert the Court that, earlier today, a Grand Jury issued a superseding indictment, S2 19 Cr. 497, bringing additional charges in the above-captioned case. Specifically, the Grand Jury added (1) one count of conspiracy to transport a minor with intent to engage in criminal sexual activity, in violation of 18 U.S.C. §§ 2423(a), (e), against defendants Nachman Helbrans, Mayer Rosner, Yakov Weingarten, Shmiel Weingarten, and Yoil Weingarten; and (2) one count of conspiracy to travel with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. §§ 2423(b), (e), against the same five defendants. As Your Honor knows, Yakov Weingarten, Shmiel Weingarten, and Yoil Weingarten have not yet appeared in this case. The other charges against the defendants remain substantially the same.

The Government defers to the Court as to whether to schedule a separate arraignment on these charges, or to arraign the defendants at the next scheduled conference.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Samuel Adelsberg
Jamie Bagliebter
Jim Ligtenberg
Assistant United States Attorneys
(212) 637-2494 / 2236 / (914) 993-1953

cc: Defense Counsel and Standby Counsel (by ECF)