UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING |
| -v- | |
| Mordechay Malka, | 19-CR-497-09 (NSR) |
| Defendant. | |

  I, MORDECHAY MALKA, have discussed with my counsel that I have a right to be physically present at all conferences in the criminal proceedings against me in the Southern District of New York, including the conference scheduled for Friday, May 7, 2021, at 1:00 p.m. I have also been advised by counsel that access to the courthouse remains restricted due to the COVID-19 pandemic. By signing this document, I wish to inform the court that I willingly give up my right to be present at the May 7, 2021 and voluntarily consent to appear by teleconference.

  I do not, however, waive my physical appearance for purposes of an arraignment on the superseding indictment and ask the Court to schedule a separate, in person appearance for the arraignment.

  I have also discussed with counsel my right to have an interpreter available to translate the teleconference from English to Yiddish, my primary language, and I

1

knowing and voluntarily waives this right and request that the teleconference be conducted in English.

Dated: May 6, 2021

s/ *Mordechay Malka* (by his counsel) Signature of Defendant

MORDECHAY MALKA
Print Name

s/ *Susan C. Wolfe*
Signature of Defense Counsel

SUSAN C. WOLFE
Print Name