# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

| | |
|---|---|
| Tel:  (917) 209-0441 | Diane Fischer, |
| Email: scwolfe@scwolfelaw.com | of counsel |

May 9, 2021

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Mordechai Malka*, 19-cr-497-NSR

Dear Judge Román:

In compliance with the Court's order, after court on Friday I ordered a laptop from Dell so that it could be delivered to the government, with software loaded, on Tuesday.  I ordered from Dell because the website promised "next business day delivery," which Amazon did not.  When I received the online receipt, however, it provided a delivery date of Thursday.  I was told by a customer service agent that "next business day delivery" means the next business day after the item is shipped.  I did not cancel the order because I could not find another vendor who would deliver by Tuesday.

I therefore request that the Court extend our time to comply with the Court's order until Friday, May 14th.  This will also give us a chance to learn the results of the inquiries the Court asked the government to make of the jail, and if there are any alternatives to sealing off all of the ports; doing so will mean that no new discovery, 3500 material or exhibits can be loaded and documents drafted cannot be printed.

Thank you for your consideration.

Very truly yours,
s/
Susan C. Wolfe