LAW OFFICES OF

### SUSAN C. WOLFE

1700 BROADWAY, 41ST FLOOR
NEW YORK, NEW YORK 10019

| | | |
|---|---|---:|
| TEL | (917) 209-0441 | Susan C. Wolfe, Esq. |
| EMAIL | scwolfe@scwolfelaw.com | |
| | | Diane Fischer, Esq. |
| | | *Of Counsel* |

May 12, 2021

**VIA ECF**

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

    Re:  *United States v. Mordechay Malka*, et al., 19-cr-497-NSR

Dear Judge Román:

    I am writing as stand-by counsel to Mordechay Malka to join in the request made by co-standby counsel Howard Tanner regarding delivery of the defendant's laptop.  (ECF Dkt. No. 247).  We also were notified by Dell that the delivery date for the laptop we purchased for Mr. Malka, which was scheduled for May 13, 2021, has likewise been delayed until May 17, 2021.  (See attached email notification from Dell, dated May 11, 2021.)  We therefore ask the Court to extend the deadline to deliver the laptop to the government until Wednesday, May 19, 2021.

Respectfully submitted,

*Diane Fischer*

Diane Fischer