**From:** Dell | Order Delay <delay@order.dell.com>
**Sent:** Tuesday, May 11, 2021 6:56 PM
**To:** Daniel Seligman <dseligman@cprcomputer.com>
**Subject:** Your Dell Order Has Been Delayed | Dell Purchase ID: 2008284873321 | Purchase Order:



# We apologize for the delay.

Thank you for your recent order with Dell. We are working to ship your order as quickly as possible. The delivery date for your order to arrive has been updated to **MAY. 17, 2021.**

Your order is very important to us. We apologize for any inconvenience this change in delivery may cause.

For the most up to date information, please use the button below to track your order or initiate a cancellation request and avoid any charges. If a cancellation request is not made, your order will be delivered on the date noted above.

We appreciate your business and patience. Thank you for choosing Dell.

**View Purchase**

| | |
|---|---|
| **Dell Purchase ID:** | 2008284873321 |
| **Purchase Date:** | MAY. 08, 2021 |
| **Revised Delivery Date:** | MAY. 17, 2021 |
| **Customer Number::** | 148203273 |