LAW OFFICES OF
# SUSAN C. WOLFE
1700 BROADWAY, 41ST FLOOR
NEW YORK, NEW YORK 10019

TEL (917) 209-0441
EMAIL scwolfe@scwolfelaw.com

Susan C. Wolfe, Esq.

Diane Fischer, Esq.
*Of Counsel*

May 12, 2021

**MEMO ENDORSED**

**VIA ECF**

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2021

Re: *United States v. Mordechay Malka*, et al., 19-cr-497-NSR

Dear Judge Román:

I am writing as stand-by counsel to Mordechay Malka to join in the request made by co-standby counsel Howard Tanner regarding delivery of the defendant's laptop. (ECF Dkt. No. 247). We also were notified by Dell that the delivery date for the laptop we purchased for Mr. Malka, which was scheduled for May 13, 2021, has likewise been delayed until May 17, 2021. (See attached email notification from Dell, dated May 11, 2021.) We therefore ask the Court to extend the deadline to deliver the laptop to the government until Wednesday, May 19, 2021.

Respectfully submitted,

*Diane Fischer*
Diane Fischer

---

In light of the delays from Dell reported by Mr. Tanner (ECF No. 247) and Ms. Wolfe (ECF No. 249), the Court extends to Wednesday, May 19, 2021 the deadline for all standby counsel to provide their respective laptops to the Government.
The Clerk of Court is directed to terminate the motion at ECF No. 249. Standby counsel are directed to mail a copy of this endorsement to their respective pro se Defendants and file proof of service on the docket.

Dated: May 12, 2021
White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**From:** Dell | Order Delay <delay@order.dell.com>
**Sent:** Tuesday, May 11, 2021 6:56 PM
**To:** Daniel Seligman <dseligman@cprcomputer.com>
**Subject:** Your Dell Order Has Been Delayed | Dell Purchase ID: 2008284873321 | Purchase Order:



## We apologize for the delay.

Thank you for your recent order with Dell. We are working to ship your order as quickly as possible. The delivery date for your order to arrive has been updated to **MAY. 17, 2021.**

Your order is very important to us. We apologize for any inconvenience this change in delivery may cause.

For the most up to date information, please use the button below to track your order or initiate a cancellation request and avoid any charges. If a cancellation request is not made, your order will be delivered on the date noted above.

We appreciate your business and patience. Thank you for choosing Dell.

**View Purchase**

| | |
|---|---|
| **Dell Purchase ID:** | 2008284873321 |
| **Purchase Date:** | MAY. 08, 2021 |
| **Revised Delivery Date:** | MAY. 17, 2021 |
| **Customer Number::** | 148203273 |