UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

USA,

- against -

MORDECHAY MALKA,
                                Defendant(s).

--------------------------------------------------------x

**SCHEDULING ORDER**

19 Cr. 497-09 (NSR)

ROMÁN, D.J.:

      **The in-person Arraignment for the above Defendant is scheduled for May 20, 2021 at 12:00 pm in Courtroom 218.**

      In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

      Stand-by counsel is directed to mail a copy of this Order to *pro se* Defendant and file proof of service.

Dated:    White Plains, New York
             May 17, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2021