USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

NACHMAN HELBRANS, MAYER ROSNER, ARON ROSNER, JACOB ROSNER, MATITYAU MOSHE MALKA, and MORDECHAY MALKA,

                         Defendants.

S2 19-CR-497-01 (NSR)
S2 19-CR-497-02 (NSR)
S2 19-CR-497-03 (NSR)
S2 19-CR-497-04 (NSR)
S2 19-CR-497-05 (NSR)
S2 19-CR-497-09 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

The Court grants Defendants leave to file **non-duplicative** supplemental pretrial motions. All supplemental pre-trial motions shall be filed on or before August 9, 2021; opposition papers shall be filed on or before September 8, 2021; reply papers shall be filed on or before September 23, 2021. Each pro se Defendant is reminded that he must file his own motion. Further, t**he total length of each Defendant's individual motion is limited to forty (40) typewritten pages**. Pro se Defendants are also directed to consult with standby counsel to ensure that any supplemental motions comply with the Court's rules.

Standby counsel are directed to serve a copy of this order on their respective pro se Defendants and to file proof of service on the docket.

Dated:    July 8, 2021                                   SO ORDERED:
         White Plains, New York

                                                              _____
                                                                 NELSON S. ROMÁN
                                                         United States District Judge