```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/21/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

  -against-

NACHMAN HELBRANS, MAYER ROSNER, ARON ROSNER, JACOB ROSNER, MATITYAU MOSHE MALKA, and MORDECHAY MALKA,

                Defendants.

S2 19-CR-497-01 (NSR)
S2 19-CR-497-02 (NSR)
S2 19-CR-497-03 (NSR)
S2 19-CR-497-04 (NSR)
S2 19-CR-497-05 (NSR)
S2 19-CR-497-09 (NSR)

ORDER

---

NELSON S. ROMÁN, United States District Judge:

At the Court's direction, the *pro se* Defendants through their standby counsel have filed letters setting forth, inter alia, the motions they intend to file. (ECF Nos. 316, 317, 318, 319, and 320.) The Government is directed to respond to the legal issues raised in the Defendants' letters by filing a letter on the docket on or before August 30, 2021.

Standby counsel are directed to serve a copy of this order on their respective *pro se* Defendants and to file proof of service on the docket.

Dated:   August 21, 2021
        White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge