USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/9/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  -against-

NACHMAN HELBRANS, MAYER ROSNER, ARON ROSNER, JACOB ROSNER, MATITYAU MOSHE MALKA, and MORDECHAY MALKA,

                      Defendants.

S2 19-CR-497-01 (NSR)
S2 19-CR-497-02 (NSR)
S2 19-CR-497-03 (NSR)
S2 19-CR-497-04 (NSR)
S2 19-CR-497-05 (NSR)
S2 19-CR-497-09 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

By order dated August 21, 2021, the Court directed the Government to "respond to the legal issues raised in the Defendants' letters by filing a letter on the docket on or before August 30, 2021." (ECF No. 321.) Despite the Court's direction that the Government address the *legal* issues raised in Defendants' letters regarding their proposed *pro se* motions—*i.e.* the *substance* of the proposed *pro se* motions—the letter the Government filed on August 27, 2021 addresses only Defendants' contentions that they lack access to necessary tools to prepare their defense, stating in a footnote that it "understands the Court's August 21, 2021 order to be seeking a response to the legal issues in the Defendants' letters apart from their substantive motions." (ECF No. 327 at 1 n1.)

**The Government is directed to respond in writing by filing a letter on the docket on or before Monday, September 13, 2021 at 9:00 AM analyzing, *inter alia*, whether the proposed motions—or certain categories or proposed motions—are duplicative of those already raised by counsel and addressed by the Court, without merit, or frivolous.**

Standby counsel are directed to serve this order on their respective *pro se* Defendants and to file proof of service on the docket.

Dated: September 9, 2021
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE