UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| USA, | SCHEDULING ORDER |
| - against - | |
| ARON ROSNER, JACOB ROSNER, MATITYAU MOSHE MALKA and MORDECHAY MALKA, | S2 19 Cr. 497-03 (NSR) <br> S2 19 Cr. 497-04 (NSR) <br> S2 19 Cr. 497-05 (NSR) <br> S2 19 Cr. 497-09 (NSR) |
| Defendant(s). | |

-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The in-person Arraignment/Status Conference for the above Defendant and *pro se* Defendants is scheduled for December 9, 2021 at 2:00 pm in Courtroom 218.

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Stand-by counsel are directed to mail a copy of this Order to their respective *pro se* Defendant and file proof of service.

SO ORDERED.

Dated: White Plains, New York
December 3, 2021

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021