USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/2021__

פאראייניקטע שטאטן דיסטריקט גערעכט

דרום דיסטריקט פון ניו יארק

- - - - - - - - - - - - - - - - - - - - - - - - - - x

פאראייניקטע שטאַטן פון אַמעריקע    :

- קעגן -    :   פארבייטענדיקער באשולדיק-אקט

:   S3  19  Cr. 497 (NSR)

נחמן הלברנס, מאיר ראזנער, יעקב וויינגארטן,    :
אויך גערופן ,"יעקב,    :
אויך גערופן יענקב נחום,    :
אויך גערופן יעקב נחום    :
שמואל וויינגארטן,    :
יואיל וויינגארטן    :
אויך גערופן יואלי    :
אויך גערופן יואל,    :
מרדכי מלכה    :
אהרון ראזנער    :
אויך גערופן אהרון    :
יעקב ראזנער    :
אויך גערופן חיים    :
און מתתיהו משה מלכה    :
:
איינגעקלאגטע    :

- - - - - - - - - - - - - - - - - - - - - - - - - - x

**קלאָגפונקט איינס**

**(קאָנספיראַציע צו אַריבערפירן אַ מיינער מיט אַ כוונה צו פארקערן איר אין קרימינאַלע**

**סעקסואַלע טעטיקייט)**

די גראַנד דזשורי באשולדיקט:

**איבערבליק**

1. די דאָזיקע באשולדיקונגען שטאַמען פון דער ראָלע פון נחמן הלברנס, מאיר ראזנער, יעקב וויינגארטען, שמואל וויינגארטען און יואל וויינגארטען, די איינגעקלאגטע, אין אַ קאנספיראציע צו סעקסועל אויסניצן אַ מינער-יעריקע מיידל ("מינער-1").

2. נחמן הלברנס, מאיר ראזנער, שמואל ווײנגארטען, און יואל ווײנגארטען, די אײנגעקלאגטע, זענען אלע בירגער פון די פאראײניקטע שטאטן און עלטערע מנהיגים פון לב טהור, אן עקסטרעמיסט ײדישע סעקטע באזירט אין גוואטעמאלא. ארום דעצעמבער 2018, האָבן הלברנס, ראזנער און די ווײנגארטענס מאָביליזירט אנדערע מיטגלידער פון לב טהור אַרײַנגערעכנט מרדכי מלכה, אהרון ראזנער און יעקב ראזנער, די אײנגעקלאגטע, צו קידנאַפֿן מיינער-1 און איר ײנגערער ברודער ("מיינער-2", און צוזאַמען מיט מיינער-1, די "מיינערס") אין ניו יארק צו פאראײניקן מיינער-1 מיט יעקב ראָזנער, א דערוואַקסענער, אזוי אז ראָזנער און מיינער-1 זאלן ווײטער האבן סעקסועלע באציונגען כדי צו האבן קינדער. נאָך אן אינטערנאציאנאלן נאכיאגעניש, די פאליצײ כוחות האט ארויסבאקומען די מיינערס אין מעקסיקא ארום סוף דעצעמבער 2018. ארום מארץ 2019, בערך פיר חדשים שפעטער, הלברנס, יעקב ווײנגארטען און מתתיהו משה מלכה, די אײנגעקלאגטע, האבן פראביררט צו קינדאפן מיינער-1 נאך א מאל. בערך צוויי יאר שפעטער, ארום מארץ 2021, אײן אנדערער שותף-קאנספיראטאר וועלכער געפינט זיך נישט אין דעם באשולדיקונג-אקט (CC-1), וועלכער איז אויך א מידגליד אין לב טהור, האט פרובירט צו קידנאפן די מיינערס א דריטן מאל.

## לב טהור

3. די אײנגעקלאגטע זענען אלע מיטגלידער פון לב טהור, אן עקסטרעמיסטישע ײדישע סעקטע, וועלכע איז דערווײל באזירט אין גוואטעמאלא און באשטײט פון בערך 250 מיטגלידער. די גרופע איז געגרינדערט געווארן אין די 1980-טע יארן דורך דעם פאטער פון נחמן הלברנס, דעם אײנגעקלאגטן.

2

דער פאטער פון נחמן הלברנס איז פארבליבן דער מנהיג פון לב טהור ביז זיין טויט ארום 2017, ווען נחמן הלברנס האָט עס איבערגענומען און איז געווארן דער נייער מנהיג פון דער סעקטע.

4. אויסער נחמן הלברנס, דעם איינגעקלאָגטען, לב טהור האט א צאָל אנדערע הויפט מנהיגים, אריינגערעכנט מאיר ראזנער, יעקב וויינגארטען, שמואל וויינגארטען און יואל וויינגארטען. די דאזיקע מענטשן, צווישן אנדערע, זענען באוווסט אין דער קהילה אלץ די "הנהלה" פון לב טהור. די הנהלה פירט אן די אָפעראטיווע ענינים פון דער קהילה און האלט אן השגחה איבער יעדן פרט פון דעם לעבן פון אנהענגערס פון לב טהור. און אויך, די הנהלה ווערבירט מיטגלידער פון דער קהילה פֿאַר ספּעציפישע אויפגעבעס, אַרײַנגערעכנט די קידנאַפּינג פון די מיינערס אין דעם דאזיקן קעיס.

5. נאָך דעם וואָס נחמן הלברנס, דער איינגעקלאָגטער, און זיין הנהלה האט איבערגענומען די מנהיגות פון דער קהילה ארום 2017, זיי האבן ארויסגעפירט שטרענג קאָנטראָל איבער דער גרופּע און אנגעהויבן באניצן זיך מיט עטלעכע עקסטרעמע טעקיקייטן, אַרײַנגערעכנט שטרענג, אריינדרינגעדיווענדיק נאָכשפירונג נאָך מיטגלידער, אָפטע שלאגן און געצוווּנגענע חתונות פון מיינערס מיט דערוואַקסענע מיטגלידערס. קינדער אין לב טהור זײַנען אָפט קורבנות פון פיזישע, סעקסועלע און עמאָציאָנעלע אַביוז.

3

## מיינער'ס-1 רעלגיעזע חתונה מיט איינגעקלאגטן יעקב ראזנער

6. ארום 2017, נחמן הלברנס, דער איינגעקלאגטער, האט אראנדשירט תנאים צווישן מיינער-1, זיין דעמאָלט צוועלף-יאָר-אַלטע פלימעניצע, מיט יעקב ראזנער, דעם איינגעקלאגטן, וועלכער איז דעמאָלט אלט געווען אכצן יאָר. יעקב ראזנער איז דער זון פון מאיר ראזנער, דעם איינגעקלאגטן, א לב טהור קהילה מנהיג און א מיטגליד פון דער הנהלה. מיינער-1 און יעקב ראזנער האבן געהאט א חופה-קידושין "חתונה" די פאלגענדע יאָר, ווען זי איז געווען דרייצן און ער איז געווען ניַנצן יאר אלט, און זיי האבן תיכף אנגעהויבן דאס זיווג-לעבן מיט דעם ציל פון האבן קינדער. מיינער-1 און יעקב ראזנער זענען קיינמאָל נישט לעגאל חתונה געהאט.

7. אלע כלות אין לב טהור, נישט געקוקט אויף זייער עלטער, מוזן האבן געשלעכט מיט זייערע מענער אין פאָראויסבאשטימטע זמנים. נייע כלות און חתנים האבן אויך באקומען לעקציעס פאר דער חתונה מיט אינסטרוקציעס ווען און ווי אזוי צו האבן סעקס מיט זייער מענער און ווייבער. די הנהלה פון לב טהור האט באפוילן יונגע מיידלעך צו זאגן מענטשן מחוץ לב טהור אז זיי זענען נישט פארהיירַאט, זיך פארשטעלן פאר עלטערע און בוירן קינדער אין דער היים אנשטאט אין שפיטאל, טיילווייז צו באהאלטן זייער יונגע עלטער פארן עולם.

## די איינגעקלאגטע קידנאַפן די קינדער פֿון ניו יאָרק

8. ארום אקטאבער 2018, די מוטער פון די מיינערס (די "מוטער"), וועלכע איז אויך די שוועסטער פון נחמן הלברנס, דעם איינגעקלאגטן, האט באשלאסן אז עס איז נישט מער זיכער

4

פֿאַר אירע קינדער צו בלײַבן אין דעם לב טהור קהל אין גואטעמאַלאַ אונטער דעם אויטאָריטעט פֿון איר ברודער. די מוטער איז אנטלאפן פון דעם מחנה פון דער גרופע און אנגעקומען אין די פֿאַראייניקטע שטאַטן אין אנהייב נאוועמבער 2018. ארום 14 נאוועמבער 2018, אַ צייטווייליג אָרדער פון קאַסטאַדי אויף איר זעקס קינדער, איינגערעכנט די צוויי מיינערס, און אַ צייטווייליג אָרדער פון שוץ זענען ארויס אין קינגס קאָונטי משפחה געריכט (אין ברוקלין, ניו יארק). די אָרדערס האבן אויך פארבאטן די קינדער'ס פאטער, אַ מנהיג אין לב טהור וואָס איז נישט אן איינגעקלאגטער דא, צו האָבן קאנטאקט מיט די קינדער.

9. נאך דעם וואס די מוטער איז אנטלאפן פון גואטעמאלא און באזעצט זיך אין ניו יורק מיט די קינדער, נחמן הלברנס, מאיר ראזנער, יעקב ווייינגארטען, שמואל ווייינגארטען, יואל ווייינגארטען, מרדכי מלכה, און יעקב ראזנער, די איינגעקלאגטע, און אנדערע מעמבערס, באקאנטע און אומבאקאנטע, האבן אויסגעטראכט א פלאן צוריקצוברענגען די מיינערס, דעמאלט פערצן און צוועלף יאר אלט, קיין לב טהור.

10. ארום 3 ביי נאכט ארום דעם 8 דעצעמבער 2018 נחמן הלברנס, שמואל ווייינגארטען, מרדכי מלכה און יעקב ראזנער, די איינגעקלאגטע, און אנדערע מענטשין, באקאנטע און אומבאקאנטע, האָבן דורכגעפירט דעם פלאַן און קידנאַפט די מיינערס פֿון א היים אין ווודרידזש, ניו יאָרק.

5

11. די איינגעקלאגטע און אנדערע באקאנטע און אומבאקאנטע, האבן גענומען די מיינערס צו א האטעל, ווו די קינדער האבן באקומען נייע קליידער זיך איבערצוטוען איידער מען האט זיי געפירט קיין סקראנטאן אינטערנאציאנאלער ערפארט אין פענסילוואניא. הלברנס האט אויך געגעבן די מיינערס פלי בילעטן און זיי געוויזן פאספארטן מיט די נעמען פון צוויי הלברנס קינדער, זינט די מוטער האט געהאלטן די פאקטישע פאספארטן פון די קינדער. הלברנס און די מיינערס, ניצנדיק די פארקליידונג צו באהאלטן זייער אידענטיטעט, זענען דורכגעגאנגען דורך אעראפארט זיכערהייט אין סקראנטאן. זיי זענען דאן געפליט קיין וואשינגטאן, דאן קיין טעקסאס, און דאן גענומען אן אויטאבוס אריבער דער גרענעץ קיין מעקסיקא. אנדערע איינגעקלאגטע, אריינגערעכנט מרדכי מלכה, שמואל ווינגארטען און יעקב ראזנער, האבן גענומען באזונדערע וועגן פון דעם לאנד (פאראייניקטע שטאטן), און אלע האבן געפונען זיירע וועג קיין מעקסיקא.

12. ווען שוין אין מעקסיקא, נחמן הלברנס, דער איינגעקלאגטער, און אנדערע באקאנטע און אומבאקאנטע, האבן איבערגעפירט די מיינערס איבער עטלעכע האטעלן און רעזידענצן. אין משך דער צייט, די איינגעקלאגטע האבן געבעטן און באקומען לאגיסטישע הילף פון מיטגלידער פון לב טהור אין די פאראייניקטע שטאטן, מעקסיקא און גואטעמאלא. אין פארשיידענע צייטן זיינען די קינדער און הלברנס באגעגנט געווארן פון אנדערע קאנספירטארן, איינשליסנדיק מאיר ראזנער, יעקב ראזנער, יואל ווינגארטען, און מתתיהו משה מלכה, די איינגעקלאגטע, און אנדערע באקאנטע און אומבאקאנטע.

13. ארום 27 דעצעמבער 2018, נאך א דריי-וואך - זוכן מיט צענדליגער לאקאלע, פעדעראלע און אינטערנאציאנאלע פאליציי כוחות, די מיינערס זענען געפונען געווארן

6

אין אַ האָטעל אין מעקסיקא. דעמאלט זיינע ן זיי באגלייט געווען ביי שמואל וויינגארטען און יואל וויינגארטען, די איינגעקלאגטע.

14. אין דער צייט פון דעם קידנאפינג פון דעצעמבער 2018, לב טהור פירערשאפט האט געבעטן אזיל פאר דעם גאנצן לב טהור קהל אין דער איסלאמיק רעפובליק פון איראן.

**ווייטערע פרווון צו קידנאפן די מיינערס דורך לב טהור מיטגלידער**

15. ארום מארץ 2019, בערך דריי חדשים נאָך דעם ווי די מיינערס זענען צוריק געברענגט געווארן פון מעקסיקא, האָבן נחמן הלברנס, יעקב וויינגארטען, און מתתיהו משה מלכה, די איינגעקלאגטע, און אנדערע באקאנטע און אומבאקאנטע, געפרווט צו קידנאפן מיינער-1 אַ צווייטן מאָל.

16. ארום מארץ 2021, CC-1, אַ מיטגליד פון לב טהור, איז געגאנגען צו די מיינערס אין ניו יארק און געפרווט זיי צו קידנאפן נאך א מאל. בשעת דעם קידנאפינג פרווו, CC-1 האט געהאט דריי אויטאָבוס בילעטן פון ניו יארק קיין דזשארדזשאַ, דראָפ טעלעפאנען, קינדער קליידער און געבורט סערטיפיקאטן פאַר צוויי קינדער ענלעך אין עלטער צו די מיינערס. צום סוף מארץ 2021, CC-1 איז אומגעקערט זיך צו דעם לב טהור מחנה אין גואטעמאאלא.

**געזעצלעכע טענות**

17. פון לפחות ארום 5 דעצעמבער 2018 ביז ארום 27 דעצעמבער 2018, אין דעם דרום

7

דיסטריקט פון ניו יארק און אין אנדערע פלעצע, האבן נחמן הלברנס, מאיר ראזנער, יעקב ווייגארטען, שמואל ווייגארטען, און יואל ווייגארטען, די איינגעקלאגטע, און אנדערע באקאנטע און אומבאקאנטע, וויסנדיק טראנספארטירט א פערשאן וואס האט נישט דערגרייכט דעם עלטער פון 18 יאר אין אינטערסטעיט און אויסלענדישען מסחר מיט דער כוונה אז דאס פערשאן זאל זיך אנגאשזירן אין סעקסואלע אקטיוויטעטן פאר וועלכע מען קען באשולדיקט ווערן מיט א קרימינאלע עבירה, און קאנספיירד דאס צו טאן, דהיינו, הלברנס, יעקב ווייגארטען, שמואל ווייגארטען און יואל ווייגארטען האבן אויסגעטראכט און דורכגעפירט א פלאן צו טראנספארטירן מיינער-1 פון ניו יארק קיין פענסילוואניא און אנדערע שטאטן אויפן וועג קיין מעקסיקא און גואטעמאלא מיט א דאמינאנטער מאטיוו פון זי פאראייניקן מיט יעקב ראזנער, כדי זיי זאלן פארנעמען זיך אין קרימינאלע סעקסואלע אקטיוויטעטן - דהיינו, סעקסואלע אקטיוויטעט פאר וועלכע א מענטש קען זיין באשולדיקט פאר א פארברעכן אונטער ניו יארק פענאל (קרימינאל) געזעץ § 130.30, די פענאל קאד פון דער שטאט פון מעקסיקא, ארטיקל 273, די פענאל קאד פון גואטעמאלא, און טיטל 18, פאראייניקטע שטאטן קאד, אפטיילונג 2423 (c).

(טיטל 18, פאראייניקטע שטאטן קאד, אפטיילונג 2423 (a) און (e).)

## קלאַגפונקט צוויי

(קאָנספּיראַציע אַרומצופּאָרן מיט כּוונה אָנטייל צו נעמען אין

אומאַרלויבטן סעקסועלן אויפפיר)

די גראַנד זשורי וויַיטער באַשולדיקט:

18. די באַשולדיקונגען פֿון פּאַראַגראַפֿס 1 ביז 16 פון דעם דאָזיקן באַשולדיקונג אַקט זענען

איבערגעחזרת פונקט ווי אויב זיי וואָלטן געוואָרן דאָ אויסגערעכנט.

19. פֿון לפחות אַרום 5 דעצעמבער 2018 ביז לפחות אַרום 27 דעצעמבער 2018,

אַרייַנרעכענדיק די לעצטע דאַטע, אין דעם דרום דיסטריקט פון ניו יאָרק און אַנדערע פּלעצער,

נחמן הלברַנס, מאיר ראזנער, יעקב וויינגאַרטען, שמואל וויינגאַרטען, און יואל וויינגאַרטען, די

איינגעקלאָגטע, און אַנדערע באַקאַנטע און אומבאַקאַנטע, האָבן וויסנדיק אַרומגעפּאָרן אין

אינטערסטאַטישן מסחר [קאָמערס] מיט אַ כּוונה אָנטייל צו נעמען אין אומאַרלויבטן סעקסועלן

אויפפיר, און האָבן קאָנספּירירט דאָס צו טאָן, דהיינו, הלברַנס, ראזנער, יעקב וויינגאַרטען,

שמואל וויינגאַרטען און יואל וויינגאַרטען האָבן אויסגעאַרבעט און אויסגעפֿירט אַ פּלאַן צו פֿאָרן

און אַריבערפֿירן מיינער-1, דעמאָלט פערצן יאָר אַלט, פֿון ניו יאָרק קיין פּענסילוואַניאַ און

אַנדערע שטאַטן אויף מאַרשרוט קיין מעקסיקא און גואַטעמאַלאַ מיט אַ כּוונה פון פאַראייניקן איר

מיט יעקב ראזנער, דעמאָלט צוואַנציק יאָר אַלט, זיי זאָלן האָבן אומערלויבטע סעקסועלע

באַציונגען אין וועלכע איין מענטש איז אונטער אַכצן יאָר אלט, וואָס וואָלט געווען קעגן טיטל

18, פאַראייניקטע שטאַטן קאָד, אָפּטיילונג 2243 (a) (לויט וועלכן מען טאר נישט אַנגאַשזירן זיך

9

אין אַ געשלעכט אַקט מיט אַ מענטש אונטער זעכצן יאר אלט, וואָס איז לפחות פיר יאָר יינגער פון דעם צווייטן מענטש) אויב דער געשלעכט אַקט איז אַרויסגעפירט געווארן אין די ספּעציעלע מאַריטימע (ים) און טעריטאָריאַלן יורידישן תחום (רשות) פון די פאַרייניקטע שטאַטן .

(טיטל 18, פאַרייניקטע שטאַטן קאָד, אָפטיילונג 2423 (b) און (e).)

**קלאגפונקט דריי**

**(קאָנספּיראַציע צו קידנאַפן, אומלעגאל ניצן אַ מיטל פון לעגיטימאַציע,**

**און אַרייַגייין אין דעם פארזיכערטן שטח פון אַ אערפאָרט אויף אַ שווינדלערישן אופן)**

די גראַנד זשורי וויַטער באשולדיקט:

20. די באשולדיקונגען פון פאראַגראַפס 1 ביז 16 פון דעם דאזיקן באשולדיקונג אקט זענען איבערגעחזרת פונקט ווי אויב זיי וואלטן געווען דא אויסגערעכנט.

21. פון לפחות 5 דעצעמבער 2018 ביז לפחות 16 מארץ 2021, אריינרעכנדיק די לעצטע דאטע, אין דרום דיסטריקט פון ניו יארק און אנדערע פלעצער, נחמן הלברנס, מאיר ראזנער, יעקב וויינגאַרטען, שמואל וויינגארטען, יואל וויינגארטען, מרדכי מלכה, אהרון ראזנער, יעקב ראזנער, און מתתיהו משה מלכה, די איינגעקלאגטע, און אנדערע באקאנטע און אומבאקאנטע, וויסנדיק און בכיוונדיק האָבן צוזאַמעקומען, קאָנספירירט, קאָנפעדעריערט, און באשטימט צוזאַמען און איינער מיטן צווייטן צו באגיין עבירות קעגן די פאַרייניקטע שטאטן, דהיינו, אינטערנאַציאָנאַלע פאַרענטאָאַל [איינער פון די עלטערן] קידנאַפינג, וואס איז קעגן טיטל 18 פאַרייניקטע שטאַטן קאד, אָפטיילונג 1204, אומלעגאַל אַריבערפירן, פארמאגן, און ניצן אַ

10

לעגיטימאַציע מיטל, קעגן טיטל 18, פֿאַראייניקטע שטאַטן קאד, אָפּטיילונג 1028 (a) (7), און אַרײַגיין אין דעם פארזיכערטן שטח פון אַ ערפֿאַרט אויף אַ שווינדלערישן אופן, קעגן טיטל 18, פֿאַראייניקטע שטאַטן קאד, אָפּטיילונג 1036.

22. עס איז געווען אַ טייל און כוונה פון דער קאָנספּיראַציע אז נחמן הלברנס, מאיר ראזנער, יעקב וויינגאַרטען שמואל וויינגאַרטען, יואל וויַינגאַרטען, מרדכי מלכה, אהרון ראזנער, יעקב ראזנער, און מתתיהו משה מלכה, די איינגעקלאגטע, און אנדערע באקאַנטע און אומבאַקאַנטע, האבן אַוועקגענומען צווויי קינדער, מיינער-1 און מיינער-2, וואָס זענען געווען אין די פֿאַראייניקטע שטאַטן, און זיי געהאלטן אַחוץ פון די פֿאַראייניקטע שטאַטן, מיט אַ כוונה צו שטערן די לעגאַלע באניצונג פון פארענטאַל (עלטערנ'ס) רעכט, קעגן טיטל 18, פֿאַראייניקטע שטאַטן קאָד, אנטיילונג 1204.

23. עס איז געווען אַ טייל און כוונה פון דער קאָנספּיראַציע אז נחמן הלברנס, דער איינגעקלאגטעאר, און אנדערע באקאַנטע און אומבאַקאַנטע, האבן וויסנדיק אַריבערגעפֿירט, געהלטן, און געניצט אַ מיטל פון לעגיטימאַציע פון אַן אנדערן מענטש, און מיט דעם געהאט אַן השפעה אויף אינטערשטאטישן און אינטערנאציונאלן מסחר [commerce], וויסענדיק אַז דאס מיטל פון לעגיטימאַציע געהערט צו אן אנדערן אמתדיקן מענטש, וואס אין פארבינדונג מיט דער כוונה צו באגיין עפעס אן אומלעגאלע טעטיקייט און עס צו העלפן און שטיצן איז געקן דעם פעדעראלן געזעץ

11

אָדער איז אַ שווערער פארברעכן (פעלאני) אונטער אָנווענדלעך סטאט אָדער לאָקאלע געזעץ, דהיינו, ארום 8 דעצעמבער 2018, הלברנס האט זיך באניצט מיט זיין אייגענע קינדער אידענטיטעטן צו אומלעגאל אויסמיידן אַעראָפּאָרט זיכערהייט כוחות און געמאכט אן אנשטעל אז מיינער-1 און מיינער-2 זענען זיינע קינדער, כדי אומלעגאל ארויספירן מיינער-1 און מיינער-2 פֿון די פאראייניקטע שטאטן, מיט דער כוונה צו שטערן די לעגאל באניצונג פון פארענטאל רעכט, דאס אלץ גייט קעגן טיטל 18, פאראייניקטע שטאטן קאָד, אפטיילונג 1028 (a) (7).

24. עס איז געווען אַ טייל פון דער קאָנספיראַציע אז נחמן הלברנס, דער איינגעקלאגטער, און אנדערע באקאנטע און אומבאקאַנטע, האבן, דורך שווינדל און פאלש פרעטענס, אריין און פרובירט אריינצוגיין אין אַ פארזיכערטן שטח פון אייַן אַעראָפּאָרט, מיט אַ כוונה צו באגיין אַ שווערן פאברעכן [פעלאני], דהיינו, ארום 8 דעצעמבער 2018, הלברנס האט שווינדערליש פארגעשטעלט מיינער-1 און מיינער-2 אלץ זיינע אייגענע קינדער כדי אריינצוגיין אין אַ פארזיכערטן שטח פון ווילקעס באר סקראנטון אינטערנאַציאָנאַלער אערפאָרט כדי צו אומלעגאל ארויספירן מיינער-1 און מיינער-2 פון די פאראייניקטע שטאטן, מיט דער כוונה צו שטערן די לעגאל ניצן פון פארענטאל רעכט, אלץ דאס קעגן טיטל 18, פאראייניקטע שטאטן קאָד, אפטיילונג 1036.

**מעשים גלויים**

25. צו שטיצן די קאָנספיראַציע און דורכפירן די אומלעגאַלע כוונה דערפון, די פאלגענדע מעשים גלויים, צווישן אנדערע, זענען באגאנגען געווארן אין דעם דרום דיסטריקט פון ניו יארק

12

און אין אנדערע פלאצער:

א. ארום 5 דעצעמבער 2018, האָט מרדכי מלכה, דער איינגעקלאגטער, געדינגען אן אויטו כדי איבערצופירן די מיינערס.

ב. ארום 5 טן דעצעמבער 2018, זענען יעקב ראזנער, שמואל ווײַנגאַרטן, און מרדכי מלכה, די איינגעקלאגטע, געפארן צו א רעטאַיל געשעפט צו קויפן קליידער פאר די מיינערס צו טראָגן בעת דער קידנעפינג צו באהאלטן אז זיי זענען חרדישע יידן.

ג. ארום 8 דעצעמבער 2018, האָבן נחמן הלברנס, מאיר ראזנער, שמואל ווײַנגאַרטען, מרדכי מלכה און יעקב ראזנער, די איינגעקלאגטע, קידנאַפט די מיינערס פון א וווינארט אין ווילידזש פון ווודרידזש, סאליוואן קאונטי, ניו יאָרק, ווו זיי האָבן געוואוינט מיט דער מוטער.

ד. ארום 8 דעצעמבער 2018, האָט דער איינגעקלאגטער נחמן הלברנס, געניצט זיין אייגענע קינדער'ס אידענטיטעט צו דערלויבן די מיינערז אַרײַנצוגיין אינעם פארזיכערטן שטח פון אן עראפארט, ארויפגיין אויף אן עראפלאן און, צום סוף, פארלאזן די פאראייניקטע שטאטן.

ה. ארום 7, 8, 9, און 19 דעצעמבער 2018, האָט אהרון ראזנער, דער איינגעקלאגטער, געשיקט געלט צו קאָנספּיראַטאָרס דורך Google Pay כדי מעגליך צו מאכן דאס ארויסספירן און האלטן פון די מיינערס.

ו. ארום 16 דעצעמבער 2018, מאיר ראזנער, דער איינגעקלאגטער, האט גערופן אַ קאָ-קאָנספּיראַטאָר נישט אריינגעשריבן אין דעם דאזיקן באשולדיקונג אקט ("CC-2")

13

איבערצוצייגן אים צו קומען קיין מעקסיקא צו אויסמיידן פאליציי כוחות.

ז. ארום מארץ 2019, האט דער איינגעקלאגטער מתיהו משה מלכה צוגעשטעלט א מאביל טעלעפאן צו מיינער-1, כדי עס זאל זיין גרינגער איר ארויסנעמען און אפהאלטן.

ח. ארום מארץ 2021, איז CC-1 געקומען צו די מיינערס און געפרווט זיי צוריקנעמען קיין גואטעמאלא.

(טיטל 18, פאראייניקטע שטאטן קאד, אפטיילונג 371.)

## קלאגפונקט פיר

### (אינטערנאציאנאלער פארענטאל קידנאפינג)

די גראנד זשורי ווײַטער באשולדיקט:

26. די באשולדיקונגען פון פאראגראפס 1 ביז 16 און 27 פון דעם דאזיקן באשולדיקונג אקט זענען איבערגעחזרת פונקט ווי אויב זיי וואלטן געווען דא אויסגערעכנט.

27. פון לפחות ארום 8 דעצעמבער 2018 ביז לפחות ארום 27 דעצעמבער 2018, ארײַנרעכנדיק די לעצטע דאטע, אין דעם דרום דיסטריקט פון ניו יארק און אנדערע פלעצער, נחמן הלברנס, מאיר ראזנער, יעקב ווײַנגארטען, שמואל ווײַנגארטען, יואל ווײַנגארטען, מרדכי מלכה, אהרון ראזנער, און יעקב ראזנער, די איינגעקלאגטע, האבן גענומען א קינד וואס איז געווען אין די פאראייניקטע שטאטן ארויס פון די פאראייניקטע שטאטן און איר געהאלטן מיט דער כוונה צו שטערן די געזעצלעכן ניצן פון פארענטאל רעכט [ביי דער מוטער],

14

דהיינו, הלברנס, מאיר ראזנער, יעקב ווײַנגאַרטען, שמואל ווײַנגאַרטען, יואל ווײנגאַרטען, מרדכי מלכה אהרון ראזנער, און יעקב ראזנער,

האָבן אוועקגענומען און געהאַלטן מיינער-1 מחוץ די פאַרייניקטע שטאַטן און ווייט פון איר מוטער, וועלכע האט געהט דעם אויפזיכט [קאסטאדי] פון מיינער-1, און זיי האָבן געהאַלפן דאס צו טאן.

(טיטל 18, פאַרייניקטע שטאַטן קאָד, אפטיילונג 1204 (a) און 2.)

## קלאגפונקט פינף

### (אינטערנאַציאָנאַלער פאַרענטאַל קידנאַפינג)

די גראַנד זשורי ווײַטער באַשולדיגט:

28. די באשולדיקונגען פון פאראַגראַפס 1 ביז 16 און פאראגראף 27 פון דעם דאזיקן באַשולדיקונג אקט זענען איבערגעחזרת פונקט ווי אויב זיי וואלטן געוואן דא אויסגערעכנט.

29. פון לפחות ארום 8 דעצעמבער 2018 ביז לפחות ארום 27 דעצעמבער 2018, אריינרעכנדיק די לעצטע דאטע, אין דעם דרום דיסטריקט פון ניו יארק און אנדערע פלעצער, נחמן הלברנס, מאיר ראזנער, יעקב ווײַנגאַרטען, שמואל ווײנגאַרטען, יואל ווײנגאַרטען, מרדכי מלכה, אהרון ראזנער, און יעקב ראזנער, די איינגעקלאגטע, האָבן אוועקגענומען אַ קינד וואָס איז געוואן אין די פאַרייניקטע שטאַטן ארויס די פאַרייניקטע שטאַטן און אים געהאַלטן מיט די כוונה צו שטערן די געזעצלעכן ניצן פון פארענטאל רעכט [בײ דער מוטער], דהיינו, הלברנס, מאיר ראזנער, יעקב ווײַנגאַרטען, שמואל ווײַנגאַרטען, יואל ווײנגאַרטען, מרדכי מלכה אהרון ראזנער,

15

און יעקב ראזנער, הָאבן אוועקגענומען און געהאלטן מיינער-2 מחוץ די פאראייניקטע שטאטן און ווייט פון זיין מוטער, וועלכע האט געהט דעם אויפזיכט [קאסטאדי] פון מיינער-2, און זיי הָאבן געהאלפן דאס צו טאן.

(טיטל 18, פאראייניקטע שטאטן קאָד, אפטיילונג 1204 (a) און 2.)

## קלאגפונקט זעקס
### (אינטערנאציאנאלער פארענטאל קידנאפינג)

די גראנד זשורי ווייטער באשולדיקט:

30. די באשולדיקונגען פון פאראגראפס 1 ביז 16 און פאראגראף 27 פון דעם דאזיקן באשולדיקונג אקט זענען איבערגעחזרת פונקט ווי אויב זיי וואלטן געווען דא אויסגערעכנט.

31. פון לפחות ארום 15 מארץ 2018 ביז לפחות ארום 25 מארץ 2019, אריינרענכדיק די לעצטע דאטע, אין דעם דרום דיסטריקט פון ניו יארק און אנדערע פלעצער, נחמן הלברנס, שמואל ווינגארטען, און מתיהו משה מלכה, האָבן פרובירט אוועקנעמען און האלטן מיינער-1 אוועק פון די פאראייניקטע שטאטן מיט דער כוונה צו שטערן די געזעצלעכן ניצן פון פארענטאל רעכט [ביי דער מוטער], דהיינו, הלברנס, יעקב ווינגארטען און מתיהו משה מלכה האבן געפווט אוואקנעמען מיינער 1 ארויס פון די פאראייניקטע שטאטן און אוועק פון איר מוטער וועלכע האט געהט דעם אויפזיכט [קאסטאדי] אויף מיינער-1 און זיין האבן געהאלפן דאס צו טאן.

(טיטל 18, פאראייניקטע שטאטן קאָד, אפטיילונג 1204 (a) און 2.)

16

<u>אָנווער טענה</u>

32. אלץ א רעזולטאַט פון באגיין די עבירות געטענעט אין פונקטן איין און צווײ פון דעם דאזיקן באַשולדיקונג אקט (אינדייטמענט), נחמן הלברנס, מאיר ראזנער, יעקב ווײנגארטען, שמואל ווײנגארטען, און יואל ווײנגארטען, די אײנגעקלאגטע, וועלן אנווערן לטובת די פאַרײניקטע שטאַטן, לויט טיטל 18, פאַרײניקטע שטאַטן קאָד, אָפטײלונג 2428, זײרע גאנצער פאַרמעג, דלא ניידי און פערזענלעך, וואס זיי האבן באקומען, דירעקט אבער אומדירעקט, ווי א רעזולטאַט פון די דאזיקע עבירות; און יעדער פארמעג, דלא ניידי און פערזענלעך, וואָס איז געניצט געווארן אָדער איז געווען בדעה גענוצטצווערן צו באגײן אָדער מעגליך מאכן די די דאזיקע עבירות, אַרײַנגערעכנדיק אָבער נישט באגרעניצט צו א סומע פון פאַרײניקטע שטאַטן געלט וואס רעפריזענטירט די סומע פון פאַרמעג אריינגעמישט אין די דאזיקע עבירות און לײזונג וועלכער קומט פון די דאזיקע עבירות.

<u>דער תנאי פון פארמעג פאַרטרעט</u>

33. אויב אײנער פון די אויבן בײשראבטע פאַרמעגן וואס מען קען אנווארן, צוליב די טעטיקײטן פון די אײנגעקלאגטע אדער זײרע אפהטלטן זיך פון טעטקײטן:

(אַ) קענט נישט זײן געפֿונען אפילו ווען מען עכט פרובירט;

(ב) איז געווארן איבערגעפירט אָדער פארקויפט אָדער אײנגעגבן צו א דריטן צד;

(ג) איז געלײגט געווארן אחוץ פון דעם יורידישן תחום פון דעם געריכט;

(ד) זײן ווערט איז באטײטיק קלענער געווארן; אדער:

17

ה. איז אויסגעמישט געווארן מיט אן אנדערן פארמעג און מען קען עס נישט צוטיילן אן שווערקייטן;

עס איז די כוונה פון די פאראייניקטע שטאטן, לויט טיטל 21 פאראייניקטע שטאטן §853(p) און טיטל 28 פאראייניקטע שטאטן §2461(c), צו פארשן דעם אנווער פון איין אנדערע פארמעג פון די איינגעקלאגטע ביז צו דער ווערט פון די אויבן דערמאנט פארמעג.

(טיטל 18, פֿאַראייניקטע שטאַטן קאָד, אפטיילונג 981; טיטל 21, פֿאַראייניקטע שטאַטן קאָד, אפטיילונג 853; און טיטל 28, פֿאַראייניקטע שטאַטן קאָד, אפטיילונג 2461.)

_____  
FOREPERSON

_____  
AUDREY STRAUSS  
United States Attorney