LAW OFFICES OF

# SUSAN C. WOLFE

1700 BROADWAY, 41ST FLOOR
NEW YORK, NEW YORK 10019

TEL (917) 209-0441

EMAIL scwolfe@scwolfelaw.com

Susan C. Wolfe, Esq.

Diane Fischer, Esq.
*Of Counsel*

March 31, 2022

**VIA ECF**
Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Nachman Helbrans*, et al.,19-cr-497-NSR

Dear Judge Román:

On behalf of Mordechay Malka, by standby counsel, we are filing redacted copies of exhibits previously filed with his Motions in Limine.  The unredacted copies have been sealed by the Court.  In an excess of caution, we have taken the extra step of redacting from all exhibits, not only the required redactions, but also all addresses. without reference to context, and we are therefore refiling the full set.  We attempted to file the exhibits yesterday, by the court's deadline, but the revision from unredacted to redacted exhibits somehow resulted in the exhibits being too large for the ECF system to accept for filing.  We were able to identify the problem and are filing them today.

In addition, Mr. Malka requested that we file an exhibit he referred to as "Annex 3" that is comprised of over 3,100 pages of various documents.  This exhibit was previously filed in connection with co-defendant Mayer Rosner's Motions in Limine on September 27, 2021, at Docket No. 355 (Exhibits A-K).  In light of its substantial size, rather than re-file this exhibit we refer the Court to Exhibits A-K of Docket 355 for any reference to "Annex 3" in Mr. Malka's Motions in Limine.

Respectfully submitted,

s/
Susan C. Wolfe
Diane Fischer
*Standby Counsel for Mordechay Malka*