# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:     (917) 209-0441
Email:  scwolfe@scwolfelaw.com                                    Diane Fischer, of Counsel

April 14, 2022

Hon. Judge Nelson S. Román
Magistrate Judge Andrew Krause
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Helbran et. al.*, 19-cr-497 (NSR); *defendant, Mordechay Malka*

Dear Judge Román and Magistrate Judge Krause:

      I write regarding the above captioned matter as standby counsel for *pro se* defendant Mordechay Malka. Mr. Malka is scheduled for a bail hearing before Magistrate Judge Krause on April 19, 2022. I understand that other defendants in this case have been permitted to bring the laptops they use in jail with them to court proceedings. Mr. Malka requests the issuance of an Order allowing to bring with him, from the Westchester County Jail to and into the Courthouse, his laptop computer and an external hard drive containing discovery materials, for use during the bail proceeding.

      The discovery and case materials are voluminous and Mr. Malka has utilized the laptop for review and organization of those materials continuously during his ongoing trial preparations and in preparation for his bail hearing.

      Thank you for your consideration.

Respectfully submitted,

Mordechay Malka
By:  s/ Susan C. Wolfe,
    Standby Counsel

> APPLICATION GRANTED. Mordechay Malka may bring his laptop computer and his external hard drive into the Courthouse on April 19, 2022 for use during the bail hearing. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 542.

SO ORDERED: *[signature: Andrew Krause]*          Dated: April 15, 2022