LAW OFFICES OF
**SUSAN C. WOLFE**
1700 BROADWAY, 41ST FLOOR
NEW YORK, NEW YORK 10019

TEL   (917) 209-0441
EMAIL   scwolfe@scwolfelaw.com

Susan C. Wolfe, Esq.

Diane Fischer, Esq.
*Of Counsel*

April 17, 2022

**VIA ECF**

Hon. Magistrate Judge Andrew Krause
United States District Magistrate Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

    Re:  *United States v. Mordechay Malka*, et al., 19-cr-497-NSR

Dear Magistrate Judge Krause:

    On April 15, 2022, as standby counsel for *pro se* defendant Mordechay Malka, I electronically filed his letter to the Court regarding his upcoming bail hearing, as well as a portion of the voluminous exhibits he asks the Court to consider. Although I believed that some documents were already properly redacted and my paralegal redacted others, we discovered in the light of the next day that some pages still contained sensitive information.

    I therefore request that the exhibits to Docket No. 546 be sealed, to be refiled once Mr. Malka has fully redacted them and the as-yet-unfiled ones and standby counsel has had an opportunity to review all of documents page by page to ensure that they are properly redacted.
.

Respectfully submitted,

s/

Susan C. Wolfe

---

APPLICATION GRANTED. The Clerk of Court is respectfully directed to place the exhibits to the letters filed at ECF No. 546 -- *i.e.*, ECF No. 546-2 through and including ECF No. 546-7 -- under emergency temporary seal, with access limited only to the Court and the parties to this matter, until such time as those exhibits can be properly redacted.

The Clerk of Court is also respectfully directed to terminate the letter motion at ECF No. 549.

Dated: April 18, 2022

**SO ORDERED.**

*[signature: Andrew Krause]*

ANDREW E. KRAUSE
United States Magistrate Judge