**MEMO ENDORSED**

# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1 00 Broadway, 41st Floor
New York, York 10019

Tel:    (917) 209-0441
Email:  scwolfe@scwolfelaw.com                                    Diane Fischer, of Counsel

April 22, 2022

Hon. Judge Nelson S. Román
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Helbran*, 19-cr-497 (NSR) -09

Dear Judge Román:

> *Pro se* Deft's request for a de novo Bail Review is GRANTED and is scheduled for May 4, 2022 at 1 pm. Clerk of Court is requested to terminate the motion at ECF No. 563.
> Dated: White Plains, NY
>        April 28, 2022
>
> **SO ORDERED:**
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Reproduced below is *pro se* defendant Mordechay Malka's request for expedited review of Magistrate Judge Krause's bail determination. The government has ordered the transcript:

> April 21, 2022
> Dear Honorable Judge Roman:
>
> I am writing this letter to request the Court for an emergency bail review. As you know, I had a bail hearing with Magistrate Judge Krause, last week, who advised me that I can appeal his decision through you, the Court. Because I have not had a full chance to make all of my arguments before Judge Krause, Judge Krause said that I could complete my arguments with the District Judge.
>
> And because we are heading for trial, we have deadlines coming up that I see no way I can meet, because of the extreme restrictions on my ability to defend myself that I am facing, of which you already are aware . I have no way to prepare for trial in jail. Therefore, I respectfully ask the Court to grant me an emergency bail hearing as soon as possible so that I can have a chance to bail out and prepare for trial.
>
> I do not even see how I can make the May 2nd deadlines with my restrictions, therefore it is an emergency.
>
>                             Sincerely,
>
>                             Mordechay Malka
>                             Standby Counsel,  Susan Wolfe

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022