**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/02/2022
```

Tel:    (917) 209-0441
Email:  scwolfe@scwolfelaw.com                    Diane Fischer, of Counsel

**MEMO ENDORSED**

May 1, 2022

Hon. Judge Nelson S. Román
Magistrate Judge Andrew Krause
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Helbran et. al.*, 19-cr-497 (NSR); *defendant, Mordechay Malka*

Dear Judge Román:

    I am standby counsel for *pro se* defendant Mordechay Malka. Mr. Malka respectfully requests additional time to submit his voir dire requests and requests to charge. He has recognized that, with request to a judge's final instructions to the jury, he will need very substantial assistance from standby counsel. With respect to the voir dire, he asks the Court to provide him with a copy of the Court's opening instructions to the venire in the previous case, which it gave on or about October 18, 2021, prior to jury selection (the Court provided a copy of those instructions to the parties in advance). As is typical, although we received the transcript of the prior trial, jury selection was not transcribed.

    Mr. Malka therefor requests permission to file his requests to charge and any proposed voir dire questions and instructions by May 11, 2022.

    Thank you for your consideration.

Respectfully submitted,

Mordechay Malka
By:   s/ Susan C. Wolfe,
      Standby Counsel

Dated: May 2, 2022
       White Plains, NY

**The Court DENIES *pro se* Def.'s application for an extension to submit his proposed voir dire requests and requests to charge. The Court gave the parties sufficient time to submit the necessary documentation and the jury trial is set to begin on May 18, 2022. But the Court GRANTS his application for a copy of the opening instructions to the venire from the previous trial.**
**The Clerk of the Court is directed to terminate the motion at ECF No. 572. Standby counsel SHALL serve a copy of this endorsement on *pro se* Def. by any necessary means and file proof of such service.**

SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE