May 2 2022

Dear Honorable Judge Roman.

This letter is to inform the Court that because of extra ordinary jail restrictions imposed upon us by the Government and jail the undersigned pro se defendants are unable to timely file the documents scheduled by the Court to be filed today as: tabbed exhibits, witness lists, voir dire questions, jury instructions and verdict sheet.

The only documents the defendants did succeed to partially file are: part of our trial exhibits, and a draft list of our potential witnesses. unfortunately, even though we made extreme efforts to complete those two subjects, the jail restrictions imposed on us was however stronger than our efforts, and it jeopardized and destroyed all of our efforts and finally succeeded in withholding us from getting it done by the deadline.

In addition, we also made every effort possible to enlist our standby counsel and tried to get their help to collect, tab, print and send to the court the missing exhibit parts as well, it ended up being unsuccessful. Even though in many instances they tried to help out.

In the end of the day, they repeatedly told us that they are not our paralegals, nor can they be our legal assistants. Therefore, we should request from the Court to release us immediately because there is no way for us to provide, prepare and submit any of those documents scheduled to be filed today while we are incarcerated with so many restrictions upon us. In the other hand, they cannot provide us with this kind of help anymore. And as the Court is aware, we requested the novo bail review, but the Court was unable to schedule it before May 4th.

Therefore, even though the majority of our trial exhibits will hopefully be filed today, there are still some critical exhibits that are missing and not include in these filings, and even those exhibits that are being filed today, many of them are not in an organized manner, and not properly tabbed and marked.

However, we want to inform the Court that all these issues was not made in any bad faith or with any intention to mislead, manipulate or delay the Court or any proceeding; to the contrary, everything was made in good faith and had been done to the best of our ability, and because at the Court knows that it is not in our control.

Thanks for your understanding,

Mordechay Malka and Matityau Malka - Pro se defendants.