USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **05/03/2022**

**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:   (917) 209-0441
Email: scwolfe@scwolfelaw.com                Diane Fischer, of Counsel

May 1, 2022

Hon. Judge Nelson S. Román
Magistrate Judge Andrew Krause
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re:  *United States v. Helbran et. al.*, 19-cr-497 (NSR); *defendant, Mordechay Malka*

Dear Judge Román:

I am standby counsel for *pro se* defendant Mordechay Malka.  Mr. Malka is scheduled for a *de novo* bail review hearing on May 4, 2022.   Mr. Malka requests the issuance of an Order allowing him to bring with him, from the Westchester County Jail into the Courthouse, the laptop computer he received for his exclusive use by Court Order of this Court and an external hard drive containing discovery that he received from the Government, for his use during the bail proceeding.  A copy of the Order will be served on the Marshall's Service.

He also requests that the Court so-order a form, attached, permitting standby counsel to bring her laptop, which may contain additional materials, to the hearing.

Finally, Mr. Malka requests that standby counsel bring with her his personal Dell laptop that was in the custody of his wife at the time of his arrest and which he is arranging to be delivered to standby counsel.  It contains materials that Mr. Malka needs to review in order to prepare his defense.  He will review it quickly in the courtroom in order to identify materials that he would like copies of.   A separate order for the Dell laptop is attached.

Thank you for your consideration.

**The Court GRANTS the application for (i) standby counsel to bring both her own laptop and pro se Def.'s personal laptop; *and* (ii) pro se Def. to bring the laptop he received for his exclusive use (and the external hard drive containing discovery from the Govt) from Westchester County Jail into the courthouse. Standby counsel SHALL serve a copy of this endorsement to pro se Def. by any necessary means and to the U.S. Marshal's Service, and file proof of service on the docket.**

Respectfully submitted,

Mordechay Malka
By:  s/ Susan C. Wolfe, Standby Counsel
**Dated: May 3, 2022**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED