**MEMO ENDORSED**

# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel: (917) 209-0441  
Email: scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

May 3, 2022

Via email: Gina_Sicora@nysd.uscourts.gov

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Mordechai Malka*, 19-cr-497-NSR

Dear Judge Román:

I am writing to request permission for Ezra Spilke, recently appointed standby co-counsel for Mordechay Malka, to cover part of the bail review proceeding tomorrow. The bail review starts at 1:00 and I have a previously scheduled sentencing before Judge Karas at 2:00. Judge Karas' schedule could not accommodate the change I requested. I should be able to return in time for the conclusion of the bail review hearing.

Thank you for your consideration.

Very truly yours,

s/

Susan C. Wolfe
Standby Counsel for Mordechay Malka

---

Standby counsel's application is GRANTED. Counsel is directed to provide a copy of this endorsement to *pro se* Deft and file proof of service. Clerk of Court is requested to terminate the motion (doc. 588).
Dated: White Plains, NY
May 3, 2022
SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022