UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

USA,

- against -

ARON ROSNER, MATITYAU MOSHE MALKA and MORDECHAY MALKA,

Defendant(s).
--------------------------------------------------------x

**SCHEDULING ORDER**

S3 19 Cr. 497-03 (NSR)
S3 19 Cr. 497-05 (NSR)
S3 19 Cr. 497-09 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

The in-person Final Pretrial Conference for the above Defendant and *pro se* Defendants is scheduled for May 12, 2022 at 10:30 am in Courtroom 218.

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Stand-by counsel are directed to serve a copy of this Order on their respective *pro se* Defendant and file proof of service.

SO ORDERED.

Dated:   White Plains, New York
         May 5, 2022

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022