Exhibit A



**GUATEMALA**

**ACTA DE COMPROMISO 01-2022**

En la ciudad de Guatemala, el día diez de febrero del año dos mil veintidós, siendo las doce horas (12:00), constituidos en la Dirección y/o Subdirección de este Centro de Detención Preventiva para Hombres y Mujeres Mariscal Zavala Zona 17, las siguientes personas: Mynor Augusto Ramos Pérez, Director del citado Centro, los privados de libertad; **YOIL WEINGARTEN, YACOW WEINGARTEN Y SHMIEL WEINGARTEN,** Sergio F. Tista Hernández, Alcaide, quien suscribe la presente **ACTA DE COMPROMISO** en virtud de no contar una orden legal de los hechos que se les acusa a los privados de libertad el día once de enero del año dos mil veintidós, los cuales fueron aislados el mismo día, en una de las bartolinas del citado centro preventivo, se procede lo siguiente, **PRIMERO:** El día del hoy diez de febrero de los corrientes (2022), constituidos en esta Dirección y/o Subdirección se les notifica acceder de forma humanitaria retornar los privados de libertad al lugar donde se encontraban anteriormente pernoctando, (población en general). **SEGUNDO:** Se le advierte a los señores lo siguiente; a) No faltar el respeto a las autoridades del Sistema Penitenciario. b) respetar a las demás personas privadas de libertad recluidos en este recinto carcelario. c) del incumplimiento de lo advertido se tomaran todas las medidas necesarias conforme la ley. **TERCERO:** No habiendo más que hacer constar se finaliza la presenta acta en el mismo lugar y fecha de su inicio, a las doce con veinte minutos (12:20) horas, la que leída por los comparecientes quienes enterados de su contenido, objeto, validez y demás efectos legales, la aceptan, ratifican y firman.

Yoil Weingarten
Privado de Libertad

Yacow Weingarten
Privado de Libertad

Shmiel Weingarten
Privado de Libertad

Sergio Fidelfonzo Tista Hernández
Alcaide

Mynor Augusto Ramos Pérez
Director

COBIERNO
GUATEMALA