**JPG / 4 jpg files / Single four-page letter**

*File names:*
2018-11-18_0618.58 - ATT-20181118_011707.jpg
2018-11-18_0618.58 - ATT-20181118_011714.jpg
2018-11-18_0618.58 - ATT-20181118_011720.jpg
2018-11-18_0618.58 - ATT-20181118_011732.jpg

Undated letter by a female child or adolescent. Account is written exclusively using pronouns rather than identifiers – "we" and "us," in reference to herself and her siblings. "They" and "them" is used without distinction to authorities, guardians, and others, all of whom remain unidentified.

The writer describes a harrowing account of forcible removal of herself and siblings by child protection authorities and being placed "cruelly" in frighteningly strange surroundings. The writer describes persistent attempts to make her and her siblings change out of their traditional clothes, interact with "non-Jewish" children, and general behavior of the "wickedness" of their "captors." She describes her pleas that she and her siblings be returned to their father, to no avail. She writes of her and her siblings' refusal to eat the food given to them, of going for a period without water ("because we didin't know if their water was kosher"), and of spending the entire time reciting prayers by heart. She describes feeling "frightfully weak," with "no energy to even speak," after two days of going with little food. She describes a doctor arriving and ordering them to remove their clothes, to which "we wouldn't give in," describing the experience as a forcible attempt to violate their bodily autonomy. She describes attempts by "them" to forcibly administer medications, which she and her siblings resisted. She describes how "they brought a Jew who looked entirely like a non-Jew" to convince them to eat ("to fool us into thinking it was kosher.") She further describes forcible placement in a vehicle, and travel by flight "to America" in a weakened state, then being placed in an ambulance upon arrival in the U.S., followed by hospitalization. "They tortured us terribly every single day."

She describes being split from her siblings after a week, despite their pleas to "please, let us just stay together; but it all fell on deaf ears," her "captors" showing "not a shred of compassion."
She ends by writing, "And now I am here alone, between these four walls, with One God alone."

The letter is signed, "█████████████."

