# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
2400 Johnson Avenue, Suite 1G
Riverdale, New York 10463

| | |
|---|---|
| Tel:    (917) 209-0441 | Diane Fischer, |
| Email:  scwolfe@scwolfelaw.com | of counsel |

August 23, 2022

Hon. Judge Nelson S. Román
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/23/2022

**MEMO ENDORSED**

Re:  *United States v. Mordechai Malka*, 19-cr-497-NSR

Dear Judge Román:

    I am writing to request additional time to submit my objections to the Presentence Report for Mordechay Malka and to propose a schedule for sentencing submissions.

    At the very end of July, Mr. Malka was abruptly moved from the Westchester County Jail to the MDC, after which he spent approximately 14 days in quarantine.  Although I have had a few phone conversations and a video conference with him, there was a delay in getting the PSI to him and I have not been able to visit him to review it.  In addition, for much of the time between then and now, I was making preparations for my mother to enter hospice care; she passed away yesterday.

    Mr. Malka's sentencing is scheduled for September 9, 2022.  Because of the conditions at the MDC (he had been in protective custody in Westchester and is now in general population at MDC), he has beseeched me not to adjourn his sentencing.  With the hope of maintaining the current sentencing date, Mr. Malka requests the following schedule, which I have not yet had a chance to discuss with the government: 1) the defendant will provide the Probation Officer with a substantial part of his objections to the PSI on Tuesday, August 23rd; 2) he will provide the Probation Officer with his remaining objections on August 29th, and; 3) he will file his sentencing

Hon. Nelson Roman
August 23, 2022
Page 2

memorandum on August 30th (a two-business-day delay). The government's sentencing submission would be due on September 6th.

Thank you for your consideration.

Very truly yours,

s/

SUSAN C. WOLFE

**The Court GRANTS the application without objection from the Government and extends the requested deadlines as follows:**

**- Def. shall provide the Probation Officer with a substantial part of his objections to the PSI on or before August 23, 2022;**
**- Def. shall provide the Probation Officer with his remaining objections on or before August 29, 2022;**

**- Def shall file his sentencing memorandum on or before August 30, 2022; and**
**- The Government shall file its sentencing submission on or before September 6, 2022.**

**Defendant's sentencing date remains unchanged: September 9, 2022.**

**The Clerk of the Court is directed to terminate the motion on ECF No. 724.**

Dated: August 23, 2022
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge